```
            IN THE UNITED STATES COURT OF APPEALS
            FOR THE DISTRICT OF COLUMBIA CIRCUIT


UNITED STATES OF AMERICA       :

     v.                        :    No. 12-3108

NATHANIEL LAW                  :

*****************

UNITED STATES                  :

     v.                        :    No. 13-3038

WILLIAM FARRELL                :

****************

UNITED STATES                  :

     v.                        :    No. 13-3077

CARROLL FLETCHER               :
```

UNOPPOSED JOINT MOTION TO VACATE BRIEFING SCHEDULE

Appellants Nathaniel Law, William Farrell, and Carroll Fletcher, by and through counsel, move this Honorable Court to vacate the briefing schedule issued in this case. In support they state the following.

1. Appellants' opening Brief and Joint Appendix are due on May 12, 2014.

2. Appellants' first appeal of their convictions and sentences in case numbers 05-3091 (Law), 05-3092 (Fletcher), and 05-3120 (Farrell) resulted in a remand to

the district court for re-sentencing. Appellants now appeal the sentences imposed at the re-sentencing hearings.

2. Counsel for Mr. Law and Mr. Fletcher have determined that transcripts of the original sentencing are necessary for this appeal. While counsel from the first appeal was able to provide excerpts from the Joint Appendix, the entire sentencing hearings were not included in the Appendix. Prior counsel no longer has the original transcripts.

3. It is therefore requested that the current briefing schedule be vacated and a new schedule be issued after the needed transcripts are received.

6. Elizabeth Danello, Assistant United States Attorney, speaking for the United States, does not oppose this request.

Wherefore, Appellants request that this motion be granted.

Respectfully submitted,

/s/_____
Mary E. Davis
Counsel for Nathaniel Law
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
(202) 234-7300

/s/_____
Sylvia Royce
Counsel for William Farrell
Law Office of Sylvia Royce
3509 Connecticut Avenue, NW
Suite 1176
Washington, DC 20008
(202) 362-3445


/s/_____
Christine Rose-Murray Pembroke
Counsel for Carroll Fletcher
Law Office of Christine Pembroke
3312 Dent Place, NW
Washington, DC 20007
(202) 553-3118


CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of April 2014 this Unopposed Joint Motion to Vacate the Briefing Schedule was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to counsel for all parties of record and to the following registered CM/ECF user:

    Elizabeth Danello
    Assistant United States attorney
    Office of the U.S. Attorney
    555 Fourth Street, NW
    Washington, DC 20530

                        /s/_____
                        Mary E. Davis