# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 12-3108**  **September Term, 2014**

1:03-cr-00311-RWR-4
1:03-cr-00311-RWR-2
1:03-cr-00311-RWR-1

**Filed On: September 8, 2014** [1511105]

United States of America,

    Appellee

  v.

Nathaniel Law,

    Appellant

------------------------------

Consolidated with 13-3038, 13-3077

## O R D E R

It is **ORDERED,** on the court's own motion, that briefing in these appeals be suspended pending further order of the court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

  BY:   /s/
          Mark A. Butler
          Deputy Clerk