# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 12-3108**                          **September Term, 2014**

1:03-cr-00311-RWR-4

Filed On: September 25, 2014 [1514080]

United States of America,

    Appellee

    v.

Nathaniel Law,

    Appellant

------------------------------

Consolidated with 13-3038, 13-3077

## O R D E R

Upon consideration of the motion to withdraw as counsel for appellant Nathaniel Law, it is

**ORDERED** that Mary E. Davis's appointment under the Criminal Justice Act as counsel for appellant in No. 12-3108 be terminated. It is

**FURTHER ORDERED** that case No. 12-3108 be referred to the Federal Public Defender for the appointment of new counsel. It is

**FURTHER ORDERED** that former appellate counsel release to successor counsel as promptly as possible, all case-related papers in her possession, including any transcripts prepared under the Criminal Justice Act.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                         BY:    /s/
                                          Mark A. Butler
                                          Deputy Clerk